# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA RUIZ,<br><br>            Plaintiff,<br><br>     v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, et al.,<br><br>            Defendants. | Case No.: 1:21-cv-00310-NONE-JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 16) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1), to dismiss this action has with prejudice (Doc. 16).  Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **December 15, 2021**            **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE